■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN DAVIS, Appellant. [635 NYS2d 506] —Appeal by the defendant from a judgment of the County Court, Nassau County (Dunne, J.), rendered June 28, 1994, convicting him of criminal possession of stolen property in the third degree, unauthorized use of a vehicle in the second degree, and reckless driving, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the trial court did not improvidently exercise its discretion in denying two of his challenges to prospective jurors for cause. " 'The determination as to whether a prospective juror can provide reasonable jury service in a given case is left largely to the discretion of the trial court, which can question and observe the prospective juror during voir dire' " (People v Toval, 216 AD2d 500, 501; People v Campbell, 216 AD2d 482; People v Pagan, 191 AD2d 651, 652; see also, People v Holder, 204 AD2d 482). The record reveals that neither prospective juror possessed a state of mind which would have precluded the defendant from receiving a fair trial (see, CPL 270.20).

We have considered the defendant's remaining contentions and find them to be without merit. O'Brien, J. P., Santucci, Joy and Friedmann, JJ., concur.